

**North Carolina Western**
**MEMORANDUM**

**Date:** April 6, 2010

**To:** The Honorable Richard L. Voorhees
U.S. District Court Judge

**From:** Shaun K. Caldwell
U.S. Probation Technician

**Subject:** Don Griffin
Docket No.:419 3:94CR 94-1
Request for Permission to Travel Outside of the United States

FILED
CHARLOTTE, NC

APR 26 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

---

This is in reference to the above-noted offender who was sentence by Your Honor on May 12, 1995 to one hundred and eighty two (182) months imprisonment to be followed by a four (4) year term of supervised release for Conspiracy to Possess with Intent to Distribute a Quantity of Marijuana, in violation of U.S.C. 21:846.

Mr. Don Griffin has requested permission to travel outside of the United States from November 19, 2010 to November 27, 2010 for the purpose of honeymooning with his new wife Nancy Johnson. Mr. Griffin reports that he will be traveling via Carnival Cruise Line to the following locations; Nassau, Bahamas; Phillipsburg, St. Maarten; and Charlotte Amalie, St. Thomas. Per instruction from United States Probation Officer Matthew McBirney, who has assumed supervision of this case, Mr. Griffin has been steadily in compliance with the terms and conditions of his supervised release. For this reason, I respectfully recommend that Mr. Griffin be granted the opportunity to travel with his wife during, and to, the proposed dates and locations.

Thank you for your attention in this matter. Should Your Honor have any questions, please contact my office at 704-350-7643.

[✓]Permission to Travel Approved
[ ]Permission to Travel Denied
[ ]Other

4-21-10
Date

Signature of Judicial Officer